IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |

**This Document Relates to:**

**JUNE KNIGHT, Plaintiff,**
Civil Action No.: 1:17-cv-00306

> ACKNOWLEDGED. Case is voluntarily dismissed.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 12/20/2024

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, June Knight, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:17-cv-00306.

Dated: November 8, 2024

Respectfully submitted,

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
MO Bar # 53573
**WENDT LAW FIRM, P.C.**
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*